UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAWN L. HENDERSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) CAUSE NO. 3:05-CV-299 RM |
| UNKNOWN, | ) ) ) |
| Defendant | ) ) |

OPINION AND ORDER

On July 7, Mr. Shawn Henderson, a prisoner confined at the Pendleton Correctional Facility, filed another set of documents. The court notes the receipt of such documents and now ORDERS the Clerk to send a copy of the materials included in Doc. Nos. 8, 10, 11, 12, & 13 to be sent to Superintendent Stanley Knight, Pendleton Correctional Facility, P.O. Box 28, Pendleton, IN 46064, for any administrative proceedings the superintendent might deem appropriate.

SO ORDERED.

ENTERED: July 13, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court